# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Badger et al v. Sridhar et al     Case Number: 1:19-cv-4305

An appearance is hereby filed by the undersigned as attorney for:
KR Sridhar, William Kurtz and Randy Furr

Attorney name (type or print): Hille R. Sheppard

Firm: Sidley Austin LLP

Street address: 1 South Dearborn

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6226077     Telephone Number: 312-853-7000
(See item 3 in instructions)

Email Address: hsheppard@sidley.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 6, 2019

Attorney signature: S/ Hille R. Sheppard
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015